UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AJA LAUREN HUGHES                                                    PLAINTIFFS

v.                                                    Civil No. 1:18-cv-00126-GHD-RP

THIRD UNION FINANCE, INC.                                             DEFENDANT

## ORDER DISMISSING CASE BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this the 24 day of January, 2019.

_____
SENIOR U.S. DISTRICT JUDGE