IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AJA LAUREN HUGHES                                    PLAINTIFF

VS.                                          CAUSE NO. 1:18cv126-GHD-RP

THIRD UNION FINANCE, INC.                            DEFENDANT

ORDER OF DISMISSAL

The Court being advised that this action has been fully resolved between the parties, it is

hereby, ORDERED that this action is dismissed with prejudice with both parties to pay their own

costs, included attorney's fees.

SO ORDERED: March 26th, 2019.

_Sen H. Davidson_____
HONORABLE GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE

APPROVED:

 /s/ R. Shane McLaughlin_____
R. Shane McLaughlin, Esq.
Miss. Bar No. 101185
Attorney for the Plaintiff


 /s/ John S. Hill_____
John S. Hill, Esq.
Miss. Bar No. 2451
Attorney for the Defendant

2405314